IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Green, Rachel | Case Number: 05 B 55885 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/29/08 | Filed: 10/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 5, 2008
Confirmed: December 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,555.18 | |
| Secured: | | 1,161.24 |
| Unsecured: | | 3,101.77 |
| Priority: | | 0.00 |
| Administrative: | | 1,950.00 |
| Trustee Fee: | | 342.08 |
| Other Funds: | | 0.09 |
| Totals: | 6,555.18 | 6,555.18 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 1,950.00 | 1,950.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Mortgage | Secured | 1,003.38 | 1,003.38 |
| 4. | Cook County Treasurer | Secured | 406.00 | 157.86 |
| 5. | Resurgent Capital Services | Unsecured | 1,446.53 | 1,446.53 |
| 6. | Wells Fargo Financial | Unsecured | 1,030.98 | 1,030.98 |
| 7. | Resurgent Capital Services | Unsecured | 624.26 | 624.26 |
| 8. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 9. | Monitronics International | Unsecured | | No Claim Filed |
| 10. | Direct Merchants | Unsecured | | No Claim Filed |
| 11. | Window World | Unsecured | | No Claim Filed |
| | | | $ 6,461.15 | $ 6,213.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 94.21 |
| 5% | 39.21 |
| 4.8% | 84.01 |
| 5.4% | 124.65 |
| | $ 342.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Green, Rachel | Case Number:  05 B 55885 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  7/29/08 | Filed:  10/14/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

